

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00151-CR

**CEDRICK VIDALL BROWN,**

**Appellant**

v.

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2017-745-C2**

## MEMORANDUM OPINION

Cedrick Vidall Brown appeals his 2018 conviction for aggravated robbery. Brown recognizes that his appeal is untimely and requests that this Court grant him an out-of-time appeal. We lack jurisdiction to grant an out-of-time appeal; that authority belongs exclusively to the Court of Criminal Appeals through a writ of habeas corpus. *See Parr v. State*, 206 S.W.3d 143, 144-45 (Tex. App.—Waco 2006, no pet.).

Accordingly, this appeal is dismissed.

Notwithstanding the dismissal, Brown may file a motion for rehearing with this

Court within 15 days after this opinion and judgment are rendered if Brown believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Brown desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed May 8, 2019
Do not publish
[CRPM]

